UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEORGE ARTHUR BRUMFIELD (#129996)

VERSUS

CIVIL ACTION

STATE OF ALABAMA OFFICIALS AND EMPLOYEES, ET AL

NUMBER 12-641-BAJ-SCR

### RULING ON MOTION FOR RECONSIDERATION

This matter is before the court on the petitioner's Motion for Reconsideration to Strike Previous Judgment which shall be treated as a motion for new trial pursuant to Rule 59, Fed.R.Civ.P. Record document number 6.

Judgment was entered on October 11, 2012, dismissing the Petition For a Writ of Habeas Corpus Under 28 U.S.C. § 2241 for lack of subject matter jurisdiction.

Petitioner moved to have the entry of judgment set aside on the grounds that he is attacking his confinement in the Alabama Department of Corrections as a result of Alabama officials falsifying paperwork and illegally confining him after kidnaping him.

Petitioner has failed to satisfy the prerequisites necessary to be relieved from judgment.

Accordingly, the plaintiff's motion for new trial pursuant to Rule 59(a) is denied.

Baton Rouge, Louisiana, November 1, 2012.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA